UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20759-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ) |
| ALBERTO GONZALEZ | ) ) |
| _____ | ) |

**ORDER**

Mr. Gonzalez's motion for recommendation regarding place of confinement pending appeal [D.E. 576] is DENIED.

DONE and ORDERED in chambers in Miami, Florida, this 27th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to: All counsel of record
Alberto Gonzalez, pro se