UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20759-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ) ) |
| ALBERTO GONZALEZ | ) |
| _____ | ) |

**ORDER**

Mr. Gonzalez's pro se motion for a statement of reasons as to the sentence imposed [filed August 27, 2008] is DENIED AS MOOT. A statement of reasons form was filled out and given to the probation officer. Mr. Gonzalez's counsel may request a copy from the probation officer.

DONE and ORDERED in chambers in Miami, Florida, this 29th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

cc: Counsel of record.
     Alberto Gonzalez, pro se