UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20759-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ) |
| ALBERT L. GONZALEZ | ) ) |
| _____ | ) |

**AMENDED ORDER**

Mr. Gonzalez's pro se motion for a written statement of reasons [D.E. 587] is DENIED. First, the sentence imposed was within the advisory guidelines. Second, I stated the reasons for the sentence at the sentencing hearing. Third, I signed a statement of reason form and provided it to the probation officer.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of September, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to: All cousel of record
Albert Gonzalez, pro se